UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| MAGID GLOVE & SAFETY MANUFACTURING CO. LLC, | |
| Plaintiff, | Court No. 16-00036 |
| v. | Schedule A attached |
| UNITED STATES, | |
| Defendant. | |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Voluntary Dismissal with Prejudice and upon any other papers and proceedings herein, it is hereby

**ORDERED** that plaintiff's motion is granted;

And it is **FURTHER ORDERED** that the suspended actions listed on the attached Schedule A are dismissed with prejudice.

　　　　　　　/s/ Timothy C. Stanceu　　　　　　
　　　　　　Timothy C. Stanceu, Judge

Dated: March 11, 2024
　　　　New York, NY

**Schedule A to Motion to Voluntarily Dismiss**

1. 16-00036 Magid Glove & Safety Manufacturing Co. LLC
2. 16-00040 Magid Glove & Safety Manufacturing Co. LLC
3. 16-00044 Magid Glove & Safety Manufacturing Co. LLC
4. 16-00149 Magid Glove & Safety Manufacturing Co. LLC
5. 16-00151 Magid Glove & Safety Manufacturing Co. LLC
6. 16-00152 Magid Glove & Safety Manufacturing Co. LLC
7. 16-00153 Magid Glove & Safety Manufacturing Co. LLC
8. 16-00166 Magid Glove & Safety Manufacturing Co. LLC
9. 17-00001 Magid Glove & Safety Manufacturing Co. LLC
10. 17-00003 Magid Glove & Safety Manufacturing Co. LLC
11. 17-00004 Magid Glove & Safety Manufacturing Co. LLC
12. 17-00098 Magid Glove & Safety Manufacturing Co. LLC